F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01182-BNB

DONALD ROURKE,

    Petitioner,

v.

WARDEN C. DANIELS,

    Respondent.

## ORDER OF DISMISSAL

Petitioner, Donald Rourke, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Rourke initiated this action by filing *pro se* a "Petition for Redress of Grievances, Habeas Corpus Under 28 U.S.C. § 2241." On May 6, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Rourke to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Rourke to file an amended pleading on the court-approved form and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Rourke was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Rourke has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's May 6 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Accordingly, it is

ORDERED that the habeas corpus petition is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __16th__ day of ___June___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01182-BNB

Donald Rourke
Reg. No. 09250-031
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 16, 2011.

GREGORY C. LANGHAM, CLERK

By:        *(signature)*
                Deputy Clerk